**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOSAIC SUSTAINABLE FINANCE CORPORATION, *et al.*,[1] | ) | Case No. 25-90156 (CML) |
| | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | (Emergency Hearing Requested) |

**NOTICE OF DESIGNATION OF COMPLEX**
**CHAPTER 11 BANKRUPTCY CASE**

On June 6, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").  The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 case because:

_____X_____  The Debtor has total debt of more than $10 million;

_____X_____  There are more than 50 parties in interest in this chapter 11 case;

_____   Claims against or interests in the Debtor are publicly traded;

_____  Other (Substantial explanation is required).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Funding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

WHEREFORE, the Debtors requests entry of an order substantially in the form attached hereto as **Exhibit A** granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: June 6, 2025
Houston, Texas

/s/ *Charles Persons*

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
Schlea M. Thomas (TX Bar No. 24131710)
609 Main Street, Suite 2500
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email:  charlespersons@paulhastings.com
          schleathomas@paulhastings.com

-and-

Matthew M. Murphy (*pro hac vice* admission pending)
Geoffrey M. King (*pro hac vice* admission pending)
Michael Jones (*pro hac vice* admission pending)
Angelika S. Glogowski (*pro hac vice* admission pending)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email: mattmurphy@paulhastings.com
          geoffking@paulhastings.com
          michaeljones@paulhastings.com
          angelikaglogowski@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*

### **Certificate of Accuracy**

I certify that the foregoing statements are true and accurate to the best of my knowledge. This statement is being made pursuant to Bankruptcy Local Rule 9013-1(i).

*/s/ Charles Persons* _____
Charles Persons

### **Certificate of Service**

I certify that on June 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles Persons* _____
Charles Persons

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOSAIC SUSTAINABLE FINANCE | ) | Case No. 25-90156 (CML) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | (Emergency Hearing Requested) |

## ORDER GRANTING COMPLEX
## CHAPTER 11 BANKRUPTCY CASE

On June 6, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed these chapter 11 cases (the "Chapter 11 Cases") and the *Notice of Designation of Complex Chapter 11 Cases* (the "Notice").[2] Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court hereby orders:

1.      The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these Chapter 11 Cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2.      The Debtors must give notice of this Order to all parties in interest within seven (7) days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3.      The Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules") apply to this Chapter 11 Case, subject to the following modifications:

    a)   Bankruptcy Local Rule 1001-1(b) does not apply.

    b)   Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "Local Rules of the District Court") applies.

    c)   Appendix A to the Local Rules of the District Court applies.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Funding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Notice.

d)  If a conflict exists between the Bankruptcy Local Rules and the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas,* the *Procedures for Complex Chapter 11 Cases in the Southern District* of Texas govern.

Dated: _____, 2025
      Houston, Texas

_____
THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

2