**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| Mosaic Sustainable Finance Corporation, *et al.*,[1] | Case No. 25-90156 (CML) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF REED SMITH LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Reed Smith LLP

("Reed Smith") makes the following verified statement:

1.     Reed Smith represents the parties listed on **Exhibit A** ("Consumer Claimants") in

connection with the Chapter 11 cases of the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") which were filed on June 6, 2025 (the "Petition Date").

2.     Each party listed on **Exhibit A** believes that it holds a consumer credit contract

claim subject to the Truth in Lending Act, Deceptive Trade Practices Act, or other consumer

protection laws against one or more of the Debtors.  The precise consumer protection claim and

principal amount of each Consumer Claimant's claim is uncertain at this time.

3.     The Consumer Claimants listed on **Exhibit A** are each represented by the Prevost

Law Firm, PC (the "Prevost Firm"), which has been retained to protect and assert their consumer

protection claims.  Pursuant to the authority the Consumer Claimants granted to the Prevost Firm

in their respective engagement agreements[2] to preserve and pursue such claims. The Prevost

Firm has engaged Reed Smith to represent the Consumer Claimants solely in the above-

---

1   Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax ientification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Finding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

2   Due to the large number of parties and client confidentiality, the engagement agreements are not included herein.

captioned bankruptcy cases.  Reed Smith does not represent the Consumer Claimants in any

other proceedings.

4.      Reed Smith reserves the right to amend this verified statement.

Dated:  June 27, 2025                        **REED SMITH, LLP**

                              By:    */s/ Bradley J. Purcell*
                                     Keith M. Aurzada (SBN 24009880)
                                     Bradley J. Purcell (SBN 24063965)
                                     2850 N. Harwood Street, Ste. 1500
                                     Dallas, Texas 75201
                                     Telephone: 469-680-4200
                                     Facsimile: 469-680-4299
                                     kaurzada@reedsmith.com
                                     bpurcell@reedsmith.com

                                     *Counsel for the Consumer Claimants*

<u>**VERIFICATION PURSUANT TO 29 U.S.C. § 1746**</u>

I declare under penalty of perjury that the facts set forth in this **VERIFIED**

**STATEMENT OF REED SMITH LLP PURSUANT TO BANKRUPTCY RULE 2019** are

true and correct.

Dated:  June 27, 2025                  By:    */s/ Bradley J. Purcell*
                                       Bradley J. Purcell
                                       REED SMITH LLP
                                       2850 N. Harwood Street, Ste. 1500
                                       Dallas, Texas 75201
                                       Telephone: 469-680-4200
                                       Facsimile: 469-680-4299

**Exhibit A**

| Name | Address | Nature and Amount of Disclosable Economic Interests Held |
|---|---|---|
| Demetrius Colvin, Jr. | 701 Waynelee Drive, Lancaster, Texas, 75146 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Viral Purohit | 12600 Prescott Pl, Farmers Branch, Texas, 75234 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Donald Jackson | 12031 25th St, Santa Fe, Texas, 77510 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Shawntell Bradford | 4200 Avenue N, Fort Worth, Texas, 76105 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Clifton Dukes | 4222 FM 972, Georgetown, Texas, 78626 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | |
|---|---|---|
| | | payment or recovery is unknown. |
| Kaci Bradley | 912 County Road 941D, Alvin, Texas, 77511 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Tony Taylor | 25534 Marisol Sunsets Ln, Katy, Texas, 77493 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Tyler Horton | 1805 Leader Dr, Killeen, Texas, 76549 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Robert Arellano | 5375 County Road 44, Robstown, Texas, 78380 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Vincent Abad | 11860 Ernest Rd, Socorro, Texas, 79927 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Randy Branch | 3622 High Meadow Dr., San | Right to payment or |

| | | |
|---|---|---|
| | Angelo, Texas, 76904 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| James House | 1077 Kingbird Ln., Alvarado, Texas, 76009 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Ronny Bingham | 8606 Lajitas Bnd, San Antonio, Texas, 78254 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| John Goodman | 12190 Kelly Rd., Atascosa, Texas, 78002 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Gerald Ben | 12384 W Devonshire Ave, Avondale, AZ, 85392 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Dean Chinnery Jr | 6600 McGregor Loop, Killeen, Texas, 76549 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Mark Santilli | 7816 West Dr, El Paso, Texas, 79915 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Alma Moreno Sanchez | 1808 Shreya St., El Paso, Texas, 79928 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Venita Durante | 1610 Phyllis Dr, Copperas Cove, Texas, 76522 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jeff Stephens | 2500 Stone Road, Kilgore, Texas, 75662 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Eric Gennert | 4324 N Jadestone Ave, Las Vegas, Nevada, 89108 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | |
|---|---|---|
| | | payment or recovery is unknown. |
| Paul Alvarado | 2089 Thames View St., Henderson, Nevada, 89044 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Shawn Leonards | 357 Maple Way, New Braunfels, Texas, 78132 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Brett Casale | 2109 Hill Country Dr., Arlington, Texas, 76012 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Kevin Pfanstiel | 704 Poplar Grove Cemetery Rd, Henning, Tennessee, 38041 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Ben Overmyer | 7702 S Farm-to-Market 565 Rd, Cove, Texas, 77523 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Loni Boaz | 205 E Embercrest Dr, Arlington, | Right to payment or |

| | | |
|---|---|---|
| | Texas, 76018 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Robert Valentin | 364 County Rd. 279, Niota, Tennessee, 37826 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Waldo Pagan | 2906 Churchill Way, Garland, Texas, 75044 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Cheryl Tiensvold | 1018 Mesquite Lane, Abilene, Texas, 79601 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Terrell Brown | 10823 Braes Forest Dr., Houston, TX, 77071 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Frank Castillo | 17886 Senior Rd. 13, Von Ormy, TX, 78073 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Andres Moreno | 2880 Shimmer Edge Dr., Katy, TX, 77493 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Lee Daugherty | 4302 B Bar Dr., Santa Fe, Texas, 77510 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Perry Jackson | 1610 W. Kentucky Avenue, Midland, TX, 79701 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Alan Janicki | 5961 Pappas Road, Waller, TX, 77484 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| David McPhail | 3201 Logsdon St., Copperas Cove, Texas, 76522 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | |
|---|---|---|
| | | payment or recovery is unknown. |
| Alfred Cross | 600 Park Street, Burkburnett, Texas, 67354 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Arturo Enriquez | 501 Atlanta Dr., Laredo, TX, 78045 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Aida Saleh | 940 S Saranac Ave, Mesa, AZ, 85208 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Boman Avong | 4637 Wildflower Way, Midlothian, TX, 76065 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Brooke Beffa | 3121 Chatterton Dr., San Angelo, Texas, 76904 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Otis Wells | 20711 Fair Castle dr, Cypress, | Right to payment or |

| | | |
|---|---|---|
| | Texas, 77433 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Brianna Price | 4702 South Chestnut Street, Lufkin, Texas, 75901 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Carmen Zepeda | 431 estate Dr, Clint, Texas, 79836 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jack Trotter | 360 Toliver Lake Rd, Manchester, TN, 37355 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Casey Lovell | 12229 Highway 35, Benton, Arkansas, 72015 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Clay McCall | 2322 Wooster St., Nolanville, Texas, 76559 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Marvelia Barrera | 1745 Riverside St., Rio Grande City, Texas, 78582 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Theresa Triplett | 540 McCumber Dr, Allenhurst, Georgia, 31301 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Curtis Ryan | 288 CR 2227, Daingerfield, Texas, 75638 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Carmen Lopez | 2592 W Brandy Crest Dr, Tucson, AZ, 85713 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Justin Davis | 7234 West Vista Avenue, Glendale, AZ, 85303 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | |
|---|---|---|
| | | payment or recovery is unknown. |
| Danishia Buckley | 3 Lakeside Dr, Little Rock, AR, 72204 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| David VanCott | 9745 Hardrock Rd, Las Cruces, NM, 88011 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| David Baur | 805 County Road 2228, Douglassville, Texas, 75560 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| David Blair | 520 Blair Rd, Waxahachie, TX, 75165 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Devin Johnson | 10290 County Road 314, Navasota, TX, 77868 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Elizabeth Sullivan | 10633 Kiowa Trl W, Fort Worth, | Right to payment or |

| | | |
|---|---|---|
| | TX, 76108 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Edward Sellers | 199 Klbj Rd, Smithville, TX, 78957 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Matt Flake | 4970 Henry Town Road, Sevierville, Tennessee, 37876 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Gilbert Ramos | 2612 Prospect St., Carlsbad, NM, 88220 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Guillermo Medina | 337 Beverly Dr, Corpus Christi, Texas, 78411 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Harold Baldwin | 1305 Idlewood Ct, McDonough, Georgia, 30252 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Holly McComb | 4035 Bridge Water Rd, Heartland, TX, 75126 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Joseph Moreno | 23409 El Paso Drive, Harlingen, TX, 78552 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jana Seddon | 1726 Horseshoe Ln Van, Alstyne, TX, 75495 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jarrid Perry | 2300 W Briargate Dr, Bryan, Texas, 77802 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Joey Miller | 1215 Mission Del Mar Way, Las Vegas, Nevada, 89123 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | payment or recovery is unknown. |
|---|---|---|
| Julie Frances | 9021 Starmount drive, Las Vegas, NV, 89134 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| James Floyd | 194 Country Court, Loogootee, IN, 47553 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Eloy Jimenez | 2918 El Sol Dr Weslaco, TX, 78599 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| John Langston | 5506 coral vly San Antonio, Texas, 78242 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| John McLendon | 545 Tara Road Brandon, Mississippi, 39042 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| John Holbrook | 12800 South SR69 Mayer, | Right to payment or |

| | | |
|---|---|---|
| | Arizona, 86333 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jonathan Hinderman | 11717 Jayden Ln Tyler, TX, 75703 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| James Worthington | 24365 Sweetwater Rd Wilder, ID, 83676 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| John Crooks | 4450 FM 67 Grandview, Texas, 76050 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Kyle Nguyen | 1002 Ramble Creek Dr Pflugerville, TX, 78660 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Luis Aguirre | 720 field ave, Taft, TX, 78390 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Louis Alvarado | 11046 Wilson Oaks San Antonio Texas 78249 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Luke House | 1407 Willoughby Mills ln Montgomery, Texas, 77316 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Emmanuel Velazquez | 14637 Petralia Ave El Paso, TX, 79938 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Marcus Deaver | 5203 Camp Creek Road Baytown, TX, 77523 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Belem Ibave | 448 Royal Crown Rd Horizon City, TX, 79928 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | |
|---|---|---|
| | | payment or recovery is unknown. |
| Michael Delozier | 7329 Night Sky Street North Las Vegas, NV, 89084 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Gwen Ferrell | 807 Rigsby Ave., San Antonio, Texas, 78210 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Anton & Nancy Jackson | 1018 Molina Drive Weatherford, Texas, 76085 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Michael Ayers | 166 Badgett Ave Mount Airy, North Carolina, 27030 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Serina Apodaca-Peckham | 1535 Vajillo Lane Las Cruces, New Mexico, 88005 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Patrick Manning | 17055 Dempsey Road | Right to payment or |

| | Leavenworth, KS, 66048 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
|---|---|---|
| Pedro Hernandez | 500 silver sage dr Del rio, Texas, 78840 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Raul Aguilar | 1208 Sharondale Dr., Crowley, TX, 76036 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| David Reeves | 31003 Pine Knot Road, Magnolia, Texas, 77354 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Roxanne Parish | 67886 ALPINE DR, Salome, AZ 85348 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Ruben Cázares | 839 Vinton Ave. Canutillo, TX, 79835 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Ryan Schacht | 7708 Prairie Ct Brighton, Michigan, 48116 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Scott Ping | 21690 N 260th Drive Buckeye, AZ, 85396 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Marsha Symons | 2493 Louis Agusta Dr San Antonio, TX, 78253 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Shawna Straight | 9955 E shadow lake dr., Claremore, Oklahoma, 74017 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| George Sorapuru | 200 Pinnacle Drive Mansfield, TX, 76063 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such |

| | | payment or recovery is unknown. |
|---|---|---|
| Timothy Henderson | 800 N Morgan St Angleton, Texas, 77515 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Timothy Bender | 5019 Jarvis Street LUBBOCK, TX, 79416 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Tina Lee | 4502 Senda Ln. Austin, Texas, 78725 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Tracy Dohner | 201 E Washington Street Butler, IN, 46721 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Joe Castleberry | 5717 Country Valley Lane Fort Worth Texas 76179 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jeremy Behm | 17900 Mama Bear Ct RENO, | Right to payment or |

| | | |
|---|---|---|
| | NV, 89508 | recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Oscar Gonzalez | 1628 Via Seca El Paso, TX, 79936 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| William Thornton | 429 Monticello Pkwy Dr Portales, New Mexico, 88130 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Matthew Carey | 3033 Springmill West Rd Mansfield, OH 44903 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Neil Boddicker | 1058 Boles Rd New Market, AL 35761 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Danishia Moss | 3 Lakeside Dr, Little Rock, AR 72204 | Right to payment or recovery under consumer credit contract and/or in relation to consumer |

| | | |
|---|---|---|
| | | protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Kristin  Atwood | 7231 E Pomegrannate St., Tucson, AZ 85733 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Jacob Gregory | 1012 E Empire Canyon Sahuarita, AZ 85629 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Margo Tucker | 2031 Sonning Dr Germantown, TN 38138 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |
| Joshua Tyler | 9012 Virgo Ln El Paso, TX 79904 | Right to payment or recovery under consumer credit contract and/or in relation to consumer protection laws against one or more Debtors. The amount of such payment or recovery is unknown. |