UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOSAIC SUSTAINABLE FINANCE CORPORATION, *et al.*,[1] | ) Case No. 25-90156 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 273** |

**ORDER (I) FURTHER EXTENDING TIME TO FILE
RULE 2015.3 FINANCIAL REPORTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) further extending the time period to file their 2015.3 Reports, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Funding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The time within which the Debtors must file the 2015.3 Reports is extended to and including July 31, 2025, without prejudice to the Debtors' right to seek an additional extension upon cause shown therefor.

2. The applicable requirements set forth in Bankruptcy Local Rule 9013-1 are satisfied by the contents of the Motion.

3. The Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a waiver of any claims or causes of action which may exist against any creditor or interest holder; (f) a request to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; (h) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance of property of the Debtors' estates; and

(i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Signed: July 11, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| In re: | Case No. 25-90156-cml |
|---|---|
| Mosaic Sustainable Finance Corporation | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: pdf002 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Modern Home LLC, 601 12th Street, Suite 325, Oakland, CA 94607-3296 |
| db | + | Mosaic Funding Holdings LLC, 601 12th Street, Suite 325, Oakland, CA 94607-3296 |
| db | + | Mosaic Sustainable Finance Corporation, 601 12th Street, Suite 325, Oakland, CA 94607-3296 |
| db | + | SMCTX LLC, 601 12th Street, Suite 325, Oakland, CA 94607-3296 |
| db | | Solar Mosaic LLC, Oakland, CA 94607 |
| aty | + | Anna M. Gumport, Sidley Austin LLP, 350 South Grand Avenue, Los Angeles, CA 90071-3406 |
| aty | + | FORBRIGHT BANK, Blank Rome LLP. c/o Kenneth J. Ottaviano, 444 West Lake Street Suite 1650, Chicago, IL 60606-0070 |
| aty | + | Gary R DeFilippo, Law Offices of Gary R. DeFilippo, PC, 1682 Victory Blvd., Staten Island, NY 10314-3506 |
| aty | + | Kenneth J Ottaviano, BLANK ROME, LLP, 444 West Lake Street, Ste. 1650, Chicago, IL 60606-0070 |
| aty | + | Stephanie K Ho-Chen, 444 West Lake Street, Ste. 1650, Chicago, IL 60606-0070 |
| aty | + | U.S. Bank, Barnes & Thornburg LLP, One North Wacker Drive Suite 4400, chicago, IL 60606, UNITED STATES 60606-2841 |
| intp | + | American Financial Network, Inc., 10 Pointe Drive, Brea, CA 92821-7620 |
| cr | + | Commonwealth of Pennsylvania Office of Attorney Ge, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| intp | + | HOF REO 1, Inc., c/o RF Mortgage Services Corporation, 222 W. ADAMS ST., SUITE 3150, Chicago, IL 60606-5259 |
| cr | + | Heather LeMae Schumacher, 7139 Riverbrooke Street, Panama City, FL 32404-6198 |
| cr | + | Jeffrey James Schumacher, 7139 Riverbrooke St, Panama City, FL 32404-6198 |
| intp | + | Lonnie D Wright, Sr., 4109 Sunday Hills Dr., Arlington, TX 76016, UNITED STATES 76016-3828 |
| intp | + | Sharon A Wright, 4109 Sunday Hills Dr., Arlington, TX 76016-3828 |
| intp | | State of Indiana, Indiana Attorney General, 302 W Washington St, IGCS-5th Floor, Indianapolis, IN 46204 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jul 11 2025 19:40:18 | Ian C. Ferrell, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603-2323 |
| aty | ^ | MEBN | Jul 11 2025 19:40:27 | Matthew A. Clemente, Sidley Austin LLP, One South Dearborn Street, Chicago, XX 60603-2323 |
| intp | + | Email/Text: bankruptcy_notices@freddiemac.com | Jul 11 2025 19:47:00 | Federal Home Loan Mortgage Corporation, 8200 Jones Branch Drive, McLean, VA 22102-3107 |
| op | ^ | MEBN | Jul 11 2025 19:40:42 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | ^ | MEBN | Jul 11 2025 19:39:55 | Lakeview Loan Servicing, LLC, c/o Codilis & Moody, P.C., 20405 State Highway 249, Suite 170, Houston, TX 77070, UNITED STATES 77070-2620 |
| cr | + | Email/Text: schristianson@buchalter.com | Jul 11 2025 19:47:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| intp | + | Email/Text: bankruptcy.notices@ag.state.mn.us | Jul 11 2025 19:47:00 | State of Minnesota, Office of the Attorney |

| | | | | |
|---|---|---|---|---|
| | | | | General, 445 Minnesota Street, Suite 1400, Saint Paul, MN 55101-2131 |
| cr | + | Email/Text: AGBankAGO@ag.tn.gov | Jul 11 2025 19:47:00 | Tennessee Attorney General - Consumer Division, c/o TN Attorney General's Office, P.O. Box 20207, Nashville, TN 37202-0207, UNITED STATES 37202-4015 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BNP Paribas |
| intp | | Certain affiliates of A Fin Management LLC |
| cr | | Consumer Claimants |
| intp | | ING Capital LLC |
| intp | | MUFG Bank, Ltd. |
| intp | | MVP1 REO, LLC |
| intp | | NAAG Client States |
| cr | | Nationstar Mortgage LLC |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | Santander Bank N.A. |
| intp | | Warburg Pincus Energy, L.P. and certain affiliates |
| cr | | WebBank |
| intp | | Wells Fargo Bank, National Association |
| cr | | Wilmington Trust Company |
| cr | | Wilmington Trust, National Association |

TOTAL: 15 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Gavant | on behalf of Attorney U.S. Bank agavant@btlaw.com |
| Abigail Rushing Ryan | on behalf of Interested Party NAAG Client States aryan@naag.org |
| Allison L Carr | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General acarr@attorneygeneral.gov |
| Angela K. Herring | on behalf of Interested Party Warburg Pincus Energy  L.P. and certain affiliates akherring@wlrk.com |
| Bradley Smyer | on behalf of Creditor Wilmington Trust  National Association brad.smyer@alston.com, Stephen.Blank@alston.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
| Date Rcvd: Jul 11, 2025 | Form ID: pdf002 | Total Noticed: 27 |

Charles Martin Persons
    on behalf of Debtor Solar Mosaic LLC charlespersons@paulhastings.com
    michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles Martin Persons
    on behalf of Debtor Mosaic Sustainable Finance Corporation charlespersons@paulhastings.com
    michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles Martin Persons
    on behalf of Debtor Mosaic Funding Holdings LLC charlespersons@paulhastings.com
    michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles Martin Persons
    on behalf of Debtor Modern Home LLC charlespersons@paulhastings.com
    michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles Martin Persons
    on behalf of Debtor SMCTX LLC charlespersons@paulhastings.com
    michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Charles Stephen Kelley
    on behalf of Creditor BNP Paribas ckelley@mayerbrown.com
    sswihart@mayerbrown.com;houstondocket@mayerbrown.com;6843309420@filings.docketbird.com

David Anthony Schroeder, I
    on behalf of Creditor Nationstar Mortgage LLC ecftxsb@aldridgepite.com aschroeder@ecf.courtdrive.com

Emil A. Kleinhaus
    on behalf of Interested Party Warburg Pincus Energy  L.P. and certain affiliates eakleinhaus@wlrk.com

Eric C. Grimm
    on behalf of Interested Party Federal Home Loan Mortgage Corporation ecgrimm@umich.edu

Eric C. Grimm
    on behalf of Interested Party MVP1 REO  LLC ecgrimm@umich.edu

Eric C. Grimm
    on behalf of Interested Party American Financial Network  Inc. ecgrimm@umich.edu

Eric C. Grimm
    on behalf of Interested Party HOF REO 1  Inc. ecgrimm@umich.edu

Gary R. DeFilippo
    on behalf of Attorney Gary R DeFilippo grdlaw@aol.com

Geoffrey M. King
    on behalf of Debtor Mosaic Sustainable Finance Corporation Geoff.king@katten.com

Gerard S. Catalanello
    on behalf of Creditor Wilmington Trust Company gerard.catalanello@alston.com

Gerard S. Catalanello
    on behalf of Creditor Wilmington Trust  National Association gerard.catalanello@alston.com

Ha Minh Nguyen
    on behalf of Interested Party Certain affiliates of A Fin Management LLC ha.nguyen@usdoj.gov

Ha Minh Nguyen
    on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Heather Crockett
    on behalf of Interested Party State of Indiana heather.crockett@atg.in.gov  Marie.Baker@atg.in.gov

Heather Bryn Hersh
    on behalf of Creditor Terrance Glenn heather@jaffer.law

Ishani Patel
    on behalf of Interested Party Certain affiliates of A Fin Management LLC ishani.patel@sidley.com

James P. Muenker
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors James.muenker@US.DLAPIPER.COM
    james-muenker-0904@ecf.pacerpro.com

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

John F Higgins, IV
    on behalf of Interested Party ING Capital LLC jhiggins@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
    on behalf of Interested Party MUFG Bank  Ltd. jhiggins@porterhedges.com,
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
| Date Rcvd: Jul 11, 2025 | Form ID: pdf002 | Total Noticed: 27 |

John F Higgins, IV
    on behalf of Interested Party Wells Fargo Bank  National Association jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Joseph Marshall Welch
    on behalf of Attorney FORBRIGHT BANK joseph.welch@blankrome.com ann.grosso@blankrome.com;courtmail@blankrome.com

Julie Goodrich Harrison
    on behalf of Creditor Santander Bank N.A. julie.harrison@nortonrosefulbright.com

Kathe Kozlowski
    on behalf of Creditor Heather LeMae Schumacher kathe_kozlowski@earthlink.net

Kathe Kozlowski
    on behalf of Creditor Jeffrey James Schumacher kathe_kozlowski@earthlink.net

Keith Miles Aurzada
    on behalf of Creditor Consumer Claimants kaurzada@reedsmith.com anixon@reedsmith.com;afalcon@reedsmith.com;gsaenz@reedsmith.com

Kyle Halbleib
    on behalf of Interested Party State of Indiana kyle.halbleib@atg.in.gov  marie.baker@atg.in.gov

Leah Anne O'Farrell
    on behalf of Attorney U.S. Bank lofarrell@btlaw.com  marisa.howell@btlaw.com

Maegan Quejada
    on behalf of Creditor WebBank mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Matthew M. Murphy
    on behalf of Debtor Mosaic Sustainable Finance Corporation mattmurphy@paulhastings.com

Peter C Bastianen
    on behalf of Creditor Lakeview Loan Servicing  LLC pete.bastianen@il.cslegal.com, TX.bkpleadingsSOUTH@tx.cslegal.com

Schlea Thomas
    on behalf of Debtor Mosaic Sustainable Finance Corporation schleathomas@paulhastings.com michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com;carolinediaz@paulhastings.com;conns.ph@paulhastings.com

Shawn M Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stephen E Hessler
    on behalf of Interested Party Certain affiliates of A Fin Management LLC stephen.hessler@kirkland.com robert.orren@kirkland.com

Stephen R. Butler
    on behalf of Creditor Tennessee Attorney General - Consumer Division agbanktexas@ag.tn.gov

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Wendy Tien
    on behalf of Interested Party State of Minnesota wendy.tien@ag.state.mn.us

TOTAL: 47