# Exhibit J

## Financial Projections

The respective rights of the Debtors[1] are expressly reserved, subject to the terms and conditions set forth in the Plan, to amend, revise, or supplement the Financial Projections at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court, and the filing of the forms of documents set forth in this Plan Supplement (including this **Exhibit J**) shall not be deemed as acceptance of such documents by any party or a waiver of any of the rights of any such party under the Bankruptcy Code or otherwise.

## Introduction

The Debtors have prepared these financial projections (the "Financial Projections") to analyze their ability to generate free cash flow from September 1, 2025 through August 31, 2029 (the "Projection Period"). The Financial Projections were prepared to support the "feasibility" of the Plan. The Debtors believe that the Plan meets the feasibility requirements set forth in section 1129(a)(11) of the Bankruptcy Code, as Confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan.

The Financial Projections were prepared by the Debtors, in consultation with their financial advisor, Berkeley Research Group, LLC ("BRG") and the Debtors' other advisors, and are based on several assumptions made by the Debtors with respect to the future performance of the Reorganized Debtors' operations. The Financial Projections have been prepared on a consolidated basis in sufficient detail, as far as is reasonably practicable based on available information, including the Debtors' books and records and other sources, including information that has not been independently verified. The Financial Projections present, to the best of the Debtors' knowledge and belief, the Reorganized Debtors' projected results of operations and cash flows for the Projection Period. The Financial Projections should be read in conjunction with the assumptions, qualifications, and explanations contained herein and as set out in the Plan and Disclosure Statement in their entirety, including all relevant footnotes.

Although the Debtors, with the assistance of their professional advisors, have prepared the Financial Projections in good faith and believe the underlying assumptions to be reasonable when the Financial Projections were prepared, the Financial Projections are subject to inherent uncertainties, including, but not limited to: (i) changes to prevailing economic conditions; (ii) increased competition in the Debtors' industry; (iii) conditions which adversely affect the Debtors' business, financial condition or results of operations; (iv) loss of management or key personnel; (v) inability to recruit and retain qualified and competent managers and personnel; (vi) changes in factors affecting discretionary consumer spending; (vii) significant disruptions or material breaches to the Debtors' technology systems or electronic communications systems and

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement, as applicable.

related programs; (viii) the Reorganized Debtors' ability to generate sufficient cash to service debt; (ix) changes in interest rates; (x) changes in accounting standards; (xi) regulatory changes and judicial rulings impacting the Reorganized Debtors' business; (xii) adverse results from litigation, governmental investigations, or tax related proceedings or audits, whether initiated prior or subsequent to the Effective Date; (xiii) the Reorganized Debtors' reliance on and ability to maintain and enter into agreements with vendors for various software and services; (xiv) delays in distributions under the Plan; (xv) occurrence of a Sale Toggle Event; (xvi) other events beyond the control of the Reorganized Debtors that may result in unexpected adverse operating results; (xvii) the possibility that the Bankruptcy Court does not confirm the Plan, or requires a re-solicitation of votes; (xviii) any delays to the Effective Date; and (xix) the risks related to other parties objecting to the Plan and the resulting cost and expense of delays in these Chapter 11 Cases.

The likelihood, and related financial impact, of a change in any of the above factors cannot be predicted with certainty. Consequently, actual financial results could differ materially from the Financial Projections.

The risk factors associated with the Plan are described more fully in Article IX of the Disclosure Statement.

THE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES IN THE UNITED STATES ("U.S. GAAP"), OTHER GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, OR ANY OTHER PUBLISHED GUIDELINES OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION ("SEC"). FURTHERMORE, THE FINANCIAL PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY AN INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM AND HAVE NOT BEEN SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE DEBTORS' INDEPENDENT PUBLIC ACCOUNTANTS.

THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH MAY NOT BE REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES WHICH ARE RECOGNIZED BY THE DEBTORS TO BE BEYOND THEIR CONTROL TO FULLY ASSESS. WHILE THE DEBTORS HAVE PREPARED THE FINANCIAL PROJECTIONS IN GOOD FAITH AND BELIEVE THE UNDERLYING ASSUMPTIONS TO BE REASONABLE, THE FINANCIAL PROJECTIONS ARE NOT, AND SHOULD NOT BE REGARDED AS, A REPRESENTATION OR WARRANTY BY THE DEBTORS, THE REORGANIZED DEBTORS, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR THAT THE FINANCIAL PROJECTIONS WILL BE REALIZED BY THE REORGANIZED DEBTORS FOLLOWING THE EFFECTIVE DATE. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND

POSSIBLY ADVERSE MANNER. THE FINANCIAL PROJECTIONS AND RELATED INFORMATION, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE PRESENTED IN THE FINANCIAL PROJECTIONS. HOLDERS OF CLAIMS OR INTERESTS MUST MAKE THEIR OWN ASSESSMENT AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE FINANCIAL PROJECTIONS IN MAKING THEIR DETERMINATION OF WHETHER TO ACCEPT OR REJECT THE PLAN.

The Debtors do not, as a matter of course, publish or disclose their financial projections. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or the Financial Projections to Holders of Claims or Interests or other parties in interest going forward or include such information in any public documents, unless required to do so pursuant to applicable law or the provisions of the Plan.

**Safe Harbor Under the Private Securities Litigation Reform Act of 1995**

The Financial Projections and the assumptions that the Debtors believe to be significant to the Financial Projections contain certain statements that may be deemed "forward-looking" within the meaning of the Private Securities Litigation Reform Act of 1995, as amended. Forward-looking statements in the Financial Projections include the intent, belief, or current expectations of the Debtors and management with respect to the timing of, completion of, and scope of the current restructuring, the Plan, the Debtors' business plan, and market conditions, and the Debtors' future liquidity, as well as the assumptions upon which such statements are based. When used in the Financial Projections, or the assumptions, the words "anticipate," "believe," "project," "estimate," "will," "may," "intend," "strategy," "future," "opportunity," "plan," "pipeline," "expect," "target," "model," "can," "could," "should," "would" or similar expressions should be generally identified as forward-looking statements.

While the Debtors believe that the plans, intentions, and expectations reflected in the forward-looking statements are based upon reasonable assumptions within the bounds of their knowledge of their business and operations, parties in interest are cautioned that any such forward-looking statements are not guarantees of future performance, involve significant risks, uncertainties, and assumptions, and that actual results may differ materially and adversely from those expressed or implied by such forward-looking statements. All forward-looking statements attributable to the Debtors or Person or Entity acting on their behalf are expressly qualified in their entirety by the cautionary statements set forth herein. Forward-looking statements speak only as of the date on which they are made. Except as required by law, the Debtors expressly disclaim any obligation to update any forward-looking statement, whether because of new information, future events, or otherwise.

**Summary of Significant Assumptions and Basis for Presentation**

The Financial Projections were developed by the Debtors' management, with the assistance of its advisors using detailed assumptions for the revenues and costs of the Debtors' current business and projecting such assumptions forward for the Projection Period as to the Reorganized

Debtors. The Debtors considered the following factors and assumptions, among others, in developing the Financial Projections:

Global Assumptions

The Financial Projections are based on the following key global assumptions: (a) the Plan is successfully confirmed and consummated by the first week of September 2025; (b) the Debtors' transfer their servicing business as part of the Plan to the Holders of Class 3 Claims. The Holders of Class 3 Claims will establish and appropriately capitalize a new entity, Solar Servicing LLC, which will house the Reorganized Debtors' servicing operations. The transfer of the servicing business includes the assignment of all executory contracts necessary to operate the business and the hiring of employees possessing the requisite institutional knowledge to ensure the continued operation of the business; and (c) the Reorganized Debtors' are able to leverage historical NOLs to offset all disbursements related to taxable income gains.

The Financial Projections assume certain treatment and planning strategies for U.S. federal and state income tax purposes. Actual treatment and realization of planning strategies may vary materially, resulting in substantially greater tax liabilities for the Reorganized Debtors than is set forth in the Financial Projections.

The Debtors considered the following additional categories of factors and assumptions, among others, in developing the Financial Projections:

Overview of Serviced Assets

The Debtors currently service the following assets all as of the Debtors' monthly servicing reports dated May 31, 2025:

(i) twenty-one (21) ABS Vehicles with an aggregate unpaid principal balance ("UPB") of approximately $3.9 billion;
(ii) six (6) active Warehouses with an aggregate UPB of approximately $2.1 billion; and
(iii) twelve (12) whole loan deals with and aggregate UPB of approximately $2.8 billion.

The above amounts assume no new originations or increase to serviced UPB during the chapter 11 process or during the projection period. Due to the assumption of contracts and the hiring of key employees, a level of operational continuity is assumed, and all thirty-nine servicing customers are assumed to maintain their servicing contracts with the new servicer entity, Solar Servicing LLC.

Servicing Revenue

The Debtors' servicing revenue is modeled by structure and assumes full collection of the existing servicing fees. Any renegotiation of servicing contract terms between the Holders of Class 3 Claims and the servicing customers is assumed not to impact the servicing fees. The amount of the Debtors' other cash receipts relate to lockbox investment interest and includes interest income on asset-backed securitizations ("ABS") collections of facilities of 40 days and of

ABS reserve accounts of 30 days. Interest income is assumed to be earned on ABS deals at the current money market rate. Over the projection period, interest is estimated based upon the forward interest rate curve with no changes to the spread assumed. Changes in UPB and associated servicing revenue are projected on a deal by deal basis using scheduled principal repayments, conditional prepayment rates ("CPR"), and conditional default rates ("CDR"). Recoveries on charged off loans are assumed to be minimal. The Financial Projections do not contemplate a change in go-forward CPR or CDR.

Payroll

The servicing payroll assumes that there will be an initial thirty-eight (38) full-time employees ("FTEs") employed by Solar Servicing LLC. Of these FTEs, eight (8) will be temporary employees who will remain employed for 3–6 months to ensure a smooth transition of current operations. Further headcount reductions of approximately eleven (11) FTEs are forecasted across all departments on a gradual basis through September 2027 as serviced UPB decreases. Thereafter, it is assumed that the servicing business will maintain twenty (19) FTEs going forward. Compensation expenses are based on a bottoms-up by-employee headcount build. The Financial Projections also assume an all-in payroll load, consisting of fringe and benefits of 25% and annual cost of living adjustment of 2%. Severance payments are assumed to be one month of the respective FTE's base salary which is assumed to be paid at termination.

Vendors

The Financial Projections assume that, beginning in September 2025, certain critical servicing vendor contracts are assumed by the Debtors and assigned to Solar Servicing LLC. These contracts have a variable cost component and are projected to decrease with reductions to UPB. Once a 45% cost reduction is achieved, a cost floor is assumed as the business loses economies of scale. All other vendors costs are forecasted based on historical spend and such vendors are assumed to be utilized throughout the life of the newly formed business. Vendors related to outsourced labor are assumed to be retained for twelve (12) months following confirmation of the Plan. At the end of the twelve (12) month period, further utilization of outsourced labor is assumed to be discontinued. All vendor contracts are assumed to have a 2% consumer price index increase on an annual basis.

Other Expenses

The Debtors have assumed one-time investments of $400,000 over the first year (approximately $10,000 per FTE) related to computers, home office equipment, and other one-time set-up costs. These costs are assumed to be expensed in year one (1).

Debt Service

The Financial Projections assume that the DIP financing is paid in full with proceeds from the sale of intellectual property and code and new exit financing upon confirmation of the Plan. Exit financing is inclusive of a 4% Original Issue Discount ("OID") and 5% exit fees, related to the prior DIP financing. The beginning balance of the exit financing is assumed to be

approximately $12 million, which is equal to the new money portion of the DIP balance less any DIP paydowns prior to the Effective Date. The exit financing is assumed to be paid in cash on a monthly basis at a rate of SOFR plus 550 bps, in line with the economics of the prepetition debt facility. No additional fees are assumed on the exit financing. Any positive net cash flows are assumed to pay down the principal balance of the outstanding debt on a monthly basis.

The Financial Projections have been prepared in good faith and are based upon assumptions believed to be reasonable, including those set out under the Plan. The Financial Projections include assumptions with respect to the income statement and balance sheet accounts of the Debtors, which are based upon management's estimates and forecasted market conditions subsequent to the Effective Date. The list of assumptions and risks contained herein, in the Plan, and in the Disclosure Statement should not be viewed as an exhaustive list of the assumptions that were used in creating the Financial Projections. The financial projections have been presented on a cash basis and have not been computed in accordance with GAAP and should not be considered as a substitute for net income (loss) prepared in conformity with GAAP. The Debtors' management believes that these non-GAAP, cash based financial measures are important indicators of the future operations of the Reorganized Debtors because they exclude items that may not be indicative of, or related to, what is viewed as the Reorganized Debtors' core operating results, and provide a better baseline for analyzing the Reorganized Debtors' underlying business. A summary of the Debtors' corporate history, structure, and operations is provided in Article II of the Disclosure Statement.

[*Remainder of Page Intentionally Left Blank*]

**Solar Servicing LLC**
**Go-Forward Servicing Business**
**$ in millions**

| | | Annual | | | | | 5 Year Total |
|---|---|---|---|---|---|---|---|
| | *Month* | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
| | *Period Beg.* | Sep-25 | Sep-26 | Sep-27 | Sep-28 | Sep-29 | Sep-25 |
| | *Period End* | Aug-26 | Aug-27 | Aug-28 | Aug-29 | Aug-30 | Aug-30 |
| | *Fcst / Actual* | *Fcst* | *Fcst* | *Fcst* | *Fcst* | *Fcst* | *Fcst* |
| | **I. Revenue** | | | | | | |
| 1.) | Servicing Fees | 30.6 | 27.0 | 23.7 | 20.7 | 18.1 | 120.1 |
| 2.) | Other Cash Receipts | 3.5 | 3.0 | 2.9 | 2.9 | 2.9 | 15.3 |
| 3.) | **Total Cash Receipts** | **34.1** | **30.0** | **26.6** | **23.7** | **21.0** | **135.4** |
| | **II. Disbursements** | | | | | | |
| 4.) | Payroll & Benefits | (6.7) | (4.5) | (3.8) | (3.8) | (3.9) | (22.6) |
| 5.) | Vendor Costs | (19.1) | (17.0) | (15.6) | (14.3) | (13.2) | (79.2) |
| 6.) | Other One Time Costs | (0.4) | - | - | - | - | (0.4) |
| 7.) | **Total Disbursements** | **(25.8)** | **(21.5)** | **(19.4)** | **(18.1)** | **(17.0)** | **(102.2)** |
| 8.) | **Net Operating Cash Flow** | **8.4** | **8.5** | **7.3** | **5.5** | **4.0** | **33.2** |
| | **III. Debt Service** | | | | | | |
| 9.) | Cash Interest | (0.8) | (0.1) | - | - | - | (1.0) |
| 10.) | **Total Debt Service** | **(0.8)** | **(0.1)** | **-** | **-** | **-** | **(1.0)** |
| 11.) | **Net Cash Flow** | **7.5** | **8.4** | **7.3** | **5.5** | **4.0** | **32.3** |
| | **IV. Exit Financing Roll-Forward** | | | | | | |
| 12.) | Beginning Balance | 11.7 | 4.2 | - | - | - | 11.7 |
| 13.) | + New Draws | - | - | - | - | - | - |
| 14.) | – Paydown | (7.5) | (4.2) | - | - | - | (11.7) |
| 15.) | **Ending Balance** | **4.2** | **-** | **-** | **-** | **-** | **-** |
| | **V. Servicing Fees** | | | | | | |
| 19.) | Average Serviced UPB | 8,066.3 | 7,158.1 | 6,334.6 | 5,587.7 | 4,910.3 | 4,910.3 |
| 20.) | × Annual Servicing Fee Earned | 0.38% | 0.38% | 0.37% | 0.37% | 0.37% | 0.37% |
| 21.) | **Servicing Fees Earned** | **30.6** | **27.0** | **23.7** | **20.7** | **18.1** | **18.1** |