Mr. Peter Rodriguez
30 Providence Dr.
Covington, GA 30016

Nathan Ochsner, Clerk of Court

AUG 22 2025

FILED
United States Courts
Southern District of Texas

Am writing this letter to you because, there are solar company's out there that are taking advantage of seniors and veterans like myself, I would like for someone in your office to investigate a company by the name of (Solar Titan USA) out of Knoxville, TN. I contacted them about saving money on my energy bills Big mistake) A representative came to my home and mislead me when he told me that his company would save me lots of money, they have not save me any money, they financed me for $66,000 dollars, the finance company has been taking out of my checking account $374.48 a month, they installed their equipment on my roof and a Generac energy storage unit back in Feb, we are now in Aug, my equipment has not worked for about 6 months, they installed there equipment without first obtaining the permits first in the meantime, I've been paying almost $900.00 a month between the finance companys and the light company, I've talked to some attorney but they wanted about $20,000 dollars, to see if I could get out of this Bad contract, and get some restitution, for all the money I've paided since Feb, for equipment that has never been turned on. I sincerely hope that your office can help me, am sure there are there are gov. program out there cheaper and more reliable solar and now am payment Mosaic $513.61 a monthly (the Bigg mistake I ever made

Sincerely your
Mr. Peter Rodriguez
Tel. 631-432-2496
Home# 470-205-3549