**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOSAIC SUSTAINABLE FINANCE CORPORATION, *et al.*,[1] | ) | Case No. 25-90156 (CML) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT TO AMENDED JOINT CHAPTER 11 PLAN OF MOSAIC SUSTAINABLE FINANCE CORPORATION AND ITS AFFILIATE DEBTORS**

**[Relates to Plan at Docket No. 563]**

**PLEASE TAKE NOTICE** that, on July 30, 2025, the debtors and debtors-in possession (collectively, the "Debtors") filed the *Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Its Affiliated Debtors* [Docket No. 368] (the "Initial Plan").

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2025, the Court entered the *Order (A) Approving the Adequacy of the Disclosure Statemen, (B) Approving the Solicitation Procedures and Solicitation Packages, (C) Scheduling the Confirmation Hearing, (D) Establishing Procedures for Objecting to the Plan, (E) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing, and (F) Granting Related Relief*. [Docket No. 386] (the "Solicitation Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2025, the Debtors filed the *Notice of Filing of Plan Supplement to Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Its Affiliate Debtors* [Docket No. 466] (the "Plan Supplement")

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Mosai Sustainable Finance Corporation and Its Affiliated Debtors* [Docket No. 563] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the following Plan Supplement exhibits, as may be modified, amended, or supplemented from time to time, and, for the convenience of the Court and parties in interest have included redlined versions of such exhibits

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Funding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

[2] Capitalized terms used but not defined herein are defined in the Plan.

showing changes marked against the versions filed with the original Plan Supplement, as applicable:

| **Exhibit** | **Description** |
|---|---|
| B | Schedule of Retained Causes of Action |
| B-1 | Redline of Schedule of Retained Causes of Action |
| C | Restructuring Transactions Memorandum |
| C-1 | Redline of Restructuring Transactions Memorandum |
| E | Assumed Contracts List |
| E-1 | Redline of Assumed Contracts List |
| F | Rejected Contracts List |
| F-1 | Redline of Rejected Contracts List |
| G | Plan Administrator Agreement |
| G-1 | Redline of Plan Administrator Agreement |
| M | Exit Facility Term Sheet |
| N | List of Financing Partners |
| O | Summary of LendingClub License Agreement |

**PLEASE TAKE FURTHER NOTICE** that, the documents contained in this Plan Supplement are integral to, and considered part of, the Plan. If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that, the documents contained in the Plan Supplement are not final and remain subject to continuing negotiations among the Debtors and other interested parties. Accordingly, the Debtors reserve the right to alter, amend, modify, or supplement any document of, or add any document to, the Plan subject to the terms and conditions of the Plan**.**

**PLEASE TAKE FURTHER NOTICE** that, copies of the Plan Supplement, the Plan, the Solicitation Procedures Order, and all other documents filed in the Chapter 11 Cases may be obtained and reviewed without charge at https://cases.ra.kroll.com/mosaic/, or upon request to Kroll Restructuring Administration LLC ("Kroll" or the "Voting Agent"), by (i) telephone at (844) 953-7040 (U.S./Canada, toll free) or +1 (646) 974-5614 (international, toll), or (ii) email at MosaicInfo@ra.kroll.com (with "Mosaic Solicitation Inquiry" in the subject line).

**PLEASE TAKE FURTHER NOTICE** that, the Confirmation Hearing on confirmation of the Plan has been scheduled for **September 4, 2025 at 9:00 a.m. (prevailing Central Time)** before The Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, at the United

States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk, Houston, TX 77002. The Confirmation Hearing may be further continued from time to time without further notice other than the announcement of the adjourned date(s) by the Debtors in open court or by notice on the docket.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 29, 2025
Houston, Texas

*/s/ Charles Persons*

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
Schlea Thomas (TX Bar No. 24131710)
609 Main Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: charlespersons@paulhastings.com
schleathomas@paulhastings.com

-and-

Matthew M. Murphy (admitted *pro hac vice*)
Geoffrey M. King (admitted *pro hac vice*)
William Reily (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmurphy@paulhastings.com
geoffking@paulhastings.com
williamreily@paulhastings.com
michaeljones@paulhastings.com

-and-

Ryan P. Montefusco (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: ryanmontefusco@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on August 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles Persons*
Charles Persons