**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOSAIC SUSTAINABLE FINANCE | ) | Case No. 25-90156 (CML) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Filing of Second Amended Plan Supplement to Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Its Affiliated Debtors [Docket No. 567]

Dated: September 2, 2025

/s/ Engels Medina
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 2, 2025, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Funding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

SRF 91267

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO NATIONSTAR MORTGAGE LLC, WELLS FARGO BANK, N.A. | ALDRIDGE PITE, LLP | ATTN: ANTHONY SCHROEDER<br>101 EAST PARK BLVD<br>SUITE 600<br>PLANO TX 75074 | ASCHROEDER@ALDRIDGEPITE.COM | Email |
| COUNSEL TO NATIONSTAR MORTGAGE LLC, WELLS FARGO BANK, N.A., NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | ALDRIDGE PITE, LLP | ATTN: ANTHONY SCHROEDER<br>3333 CAMINO DEL RIO SOUTH<br>SUITE 225<br>SAN DIEGO CA 92108 | ASCHROEDER@ALDRIDGEPITE.COM | Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | ALSTON & BIRD LLP | ATTN: BRADLEY M. SMYER<br>2200 ROSS AVENUE, SUITE 2300<br>DALLAS TX 75201 | BRAD.SMYER@ALSTON.COM | Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | ALSTON & BIRD LLP | ATTN: GERARD S. CATALANELLO, STEPHEN M. BLANK<br>90 PARK AVENUE<br>NEW YORK NY 11016 | GERARD.CATALANELLO@ALSTON.COM<br>STEPHEN.BLANK@ALSTON.COM | Email |
| COUNSEL TO U.S. BANK TRUST NATIONAL ASSOCIATION AND U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | BARNES & THORNBURG LLP | ATTN: AARON GAVANT<br>ONE N. WACKER DRIVE, SUITE 4400<br>CHICAGO IL 60606-2833 | AGAVANT@BTLAW.COM | Email |
| COUNSEL TO U.S. BANK TRUST NATIONAL ASSOCIATION AND U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | BARNES & THORNBURG LLP | ATTN: LEAH A. O'FARRELL<br>3340 PEACHTREE RD NE SUITE 2900<br>ATLANTA GA 30326 | LOFARRELL@BTLAW.COM | Email |
| COUNSEL TO FORBRIGHT BANK | BLANK ROME LLP | ATTN: GREGORY VIZZA, ESQ.<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA PA 19103 | GREGORY.VIZZA@BLANKROME.COM | Email |
| COUNSEL TO FORBRIGHT, THE DIP LENDERS AND THE DIP AGENT, FORBRIGHT BANK | BLANK ROME LLP | ATTN: JENNIFER K. MALOW, ESQ.<br>1201 N. MARKET STREET, SUITE 800<br>WILMINGTON DE 19801 | JENNIFER.MALOW@BLANKROME.COM | Email |
| COUNSEL TO FORBRIGHT, THE DIP LENDERS AND THE DIP AGENT, FORBRIGHT BANK | BLANK ROME LLP | ATTN: JOSEPH M. WELCH<br>4 PARK PLAZA, SUITE 450<br>IRVINE CA 92614 | JOSEPH.WELCH@BLANKROME.COM | Email |
| COUNSEL TO FORBRIGHT, THE DIP LENDERS AND THE DIP AGENT | BLANK ROME LLP | ATTN: KENNETH J. OTTAVIANO<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | KEN.OTTAVIANO@BLANKROME.COM | Email |
| COUNSEL TO FORBRIGHT, THE DIP LENDERS AND THE DIP AGENT, FORBRIGHT BANK | BLANK ROME LLP | ATTN: KENNETH J. OTTAVIANO, STEPHANIE K. HOR-CHEN, ESQ.<br>444 WEST LAKE STREET<br>SUITE 1650<br>CHICAGO IL 60606 | KEN.OTTAVIANO@BLANKROME.COM<br>STEPHANIE.HORCHEN@BLANKROME.COM | Email |
| COUNSEL TO LONI BRANNON-SMITH, RODRIGO CHAPARRO, RICHARD PHELPS, AND JASON SLEEPER | BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: AARON GUERRERO<br>402 HEIGHTS BLVD.<br>HOUSTON TX 77007 | AARON.GUERRERO@BONDSELLIS.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO NWCC, LLC | CADWALADER, WICKERSHAM & TAFT LLP | ATTN: CASEY J. SERVAIS, ERIC G. WAXMAN III, RAYMOND M. NAVARO<br>200 LIBERTY STREET<br>NEW YORK NY 10281 | CASEY.SERVAIS@CWT.COM<br>ERIC.WAXMAN@CWT.COM<br>RAYMOND.NAVARO@CWT.COM | Email |
| COUNSEL TO ORACLE CREDIT CORPORATION AND ORACLE AMERICA, INC. (JOINTLY "ORACLE") | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. | ATTN: JASON M. KATZ<br>901 MAIN STREET, SUITE 5500<br>DALLAS TX 75202 | JKATZ@CCSB.COM | Email |
| COUNSEL TO LAKEVIEW LOAN SERVICING, LLC | CODILIS & MOODY, P.C. | ATTN: KERRIE S. MATTSON-NEAL, NICOLE BARTEE, MARLA A. SKELTIS, PETER C. BASTIANEN, MICHAEL J. KULAK, JUANITA M. DEAVER<br>15W030 NORTH FRONTAGE ROAD, SUITE 100<br>BURR RIDGE IL 60527 | TX.BKPLEADINGSSOUTH@TX.CSLEGAL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO LAKEVIEW LOAN SERVICING, LLC, REGARDING REAL ESTATE LOCATED AT 621 S GRIBBLE ST, SHERMAN, TX 75090, M&T BANK, PENNYMAC LOAN SERVICES, LLC (SECURED CREDITOR) | CODILIS & MOODY, P.C. | ATTN: KERRIE S. MATTSON-NEAL, NICOLE BARTEE, MARLA A. SKELTIS, PETER C. BASTIANEN, MICHAEL J. KULAK, JUANITA M. DEAVER 20405 STATE HIGHWAY 249, SUITE 170 HOUSTON TX 77070 | TX.BKPLEADINGSSOUTH@TX.CSLEGAL.COM | Email |
| COUNSEL TO JEFFRIES FINANCIAL GROUP INC. | DENTONS US LLP | ATTN: THOMAS A. LABUDA, HENRY THOMAS 233 SOUTH WACKER DRIVE SUITE 5900 CHICAGO IL 60606-6361 | HENRY.THOMAS@DENTONS.COM THOMAS.LABUDA@DENTONS.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DLA PIPER LLP (US) | ATTN: DENNIS O' DONNELL 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 | DENNIS.ODONNELL@US.DLAPIPER.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DLA PIPER LLP (US) | ATTN: JAMES P. MUENKER, R. CRAIG MARTIN 1900 NORTH PEARL STREET SUITE 2200 DALLAS TX 75201 | JAMES.MUENKER@US.DLAPIPER.COM CRAIG.MARTIN@US.DLAPIPER.COM | Email |
| COUNSEL TO SILVERMOON CASHEN | DUNIVAN LAW, PA | ATTN: BRYANT H. DUNIVAN JR., ESQ 5668 FISHHAWK CROSSING BLVD. STE. 333 LITHIA FL 33547 | BRYANT@DUNIVANLAW.COM ESERVICE@DUNIVANLAW.COM BRYANT-DUNIVAN-8470@ECF.PACERPRO.COM | Email |
| COUNSEL TO THE QUIET TITLE LANDOWNERS | ERIC C. GRIMM, PLLC | ATTN: ERIC C. GRIMM 2727 ALBANY STREET, STE 928 HOUSTON TX 77006 | ECGRIMM@UMICH.EDU | Email |
| COUNSEL TO CREDITOR JEFF SMOGER | FCRA ATTORNEYS | ATTN: HEATHER HERSH 5301 ALPHA RD, SUITE 80-5 DALLAS TX 75240 | HEATHER@FCRAATTORNEYS.COM | Email |
| GUAM ATTORNEY GENERAL | GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 590 S. MARINE CORPS DRIVE SUITE 902 TAMUNING GU 96913 | DBMOYLAN@OAGGUAM.ORG ADMINISTRATION@OAGGUAM.ORG | Email |
| COUNSEL TO ING CAPITAL LLC, MUFG BANK, LTD., AND WELLS FARGO BANK, NATIONAL ASSOCIATION | HERBERT SMITH FREEHILLS KRAMER (US) LLP | ATTN: ALEXANDER WOOLVERTON, RALPH MAYRELL, BENJAMIN SIECK 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 | ALEXANDER.WOOLVERTON@HSFKRAMER.COM RALPH.MAYRELL@HSFKRAMER.COM BENJAMIN.SIECK@HSFKRAMER.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 1111 PENNSYLVANIA AVE NW WASHINGTON DC 20004-2541 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO CREDITOR TERRANCE GLENN | JAFFER & ASSOCIATES PLLC | ATTN: HEATHER HERSH 5301 ALPHA ROAD, SUITE 80-5 DALLAS TX 75240 | HEATHER@JAFFER.LAW | Email |
| COUNSEL TO THE CREDITOR SCHUMACHERS | JEFFREY JAMES SCHUMACHER AND HEATHER LEMAE SCHUMACHER | ATTN: KATHE KOZLOWSKI, ESQ P.O. BOX 1364 DEFUNIAK SPRINGS FL 32435 | KATHE_KOZLOWSKI@EARTHLINK.NET | Email |
| COUNSEL TO TURNSTILE CAPITAL MANAGEMENT, LLC | LAW OFFICES OF KENNETH L. BAUM LLC | ATTN: KENNETH L. BAUM, ESQ. 201 W. PASSAIC STREET, SUITE 104 ROCHELLE PARK NJ 07662 | KBAUM@KENBAUMDEBTSOLUTIONS.COM | Email |
| COUNSEL TO BNP PARIBAS | MAYER BROWN LLP | ATTN: CHARLES S. KELLEY 700 LOUISIANA ST., SUITE 3400 HOUSTON TX 77002 | CKELLEY@MAYERBROWN.COM | Email |
| COUNSEL TO BNP PARIBAS | MAYER BROWN LLP | ATTN: SEAN T. SCOTT 71 SOUTH WACKER DRIVE CHICAGO IL 60606 | STSCOTT@MAYERBROWN.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FREEDOM MORTGAGE CORPORATION, NATIONSTAR MORTGAGE LLC | MCCALLA RAYMER LEIBERT PIERCE, LLP | ATTN: TONI TOWNSEND<br>1544 OLD ALABAMA RD<br>ROSWELL GA 30076 | TONI.TOWNSEND@MCCALLA.COM | Email |
| COUNSEL TO THE STATE OF ARKANSAS, EX REL., TIM GRIFFIN, ATTORNEY GENERAL, THE PEOPLE OF THE STATE OF CALIFORNIA BY COMMISSIONER OF FINANCIAL PROTECTION AND INNOVATION KHALIL MOHSENI, DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL, THE STATE OF GEORGIA, THE PEOPLE OF THE STATE OF ILLINOIS BY ATTORNEY GENERAL KWAME RAOUL, THE STATE OF KANSAS EX REL. KRIS W. KOBACH, ATTORNEY GENERAL, RUSSELL COLEMAN, ATTORNEY GENERAL, COMMONWEALTH OF KENTUCKY, THE CONSUMER PROTECTION DIVISION OF THE OFFICE FOR THE ATTORNEY GENERAL OF MARYLAND, THE MICHIGAN ATTORNEY GENERAL EX REL. THE PEOPLE OF THE STATE OF MICHIGAN, THE STATE OF MISSOURI, ANDERW BAILEY, ATTORNEY GENERAL, THE STATE OF NEVADA, THE NEW MEXICO DEPARTMENT OF JUSTICE, THE STATE OF NORTH CAROLINA EX REL. JEFF JACKSON, ATTORNEY GENERAL, THE OHIO ATTORNEY GENERAL DAVE YOST, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, OFFICE OF TENNESSEE ATTORNEY GENERAL, THE COMMONWEALTH OF VIRGINIA EX REL. JASON S. MIYARES, ATTORNEY GENERAL, THE WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL, THE OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL, JOHN B. MCCUSKEY, THE STATE OF WISCONSIN, THE STATE OF LOUISIANA, THE OFFICE OF THE NEW YORK ATTORNEY GENERAL, THE STATE OF RHODE ISLAND (THE NAAG CLIENT STATES) | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: ABIGAIL RUSHING RYAN<br>1850 M STREET NW, 12TH FLOOR<br>WASHINGTON DC 20036 | ARYAN@NAAG.ORG | Email |
| COUNSEL TO SANTANDER BANK, N.A. | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG, EMILY HONG<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM<br>EMILY.HONG@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO SANTANDER BANK, N.A. | NORTON ROSE FULBRIGHT US LLP | ATTN: JULIE GOODRICH HARRISON<br>1550 LAMAR, SUITE 2000<br>HOUSTON TX 77010 | JULIE.HARRISON@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ROMA DESAI, SEAN FLYNN, STEPHANIE EBERHARDT<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV SEAN.FLYNN@OAG.TEXAS.GOV<br>STEPHANIE.EBERHARDT@OAG.TEXAS.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HA MINH NGUYEN, JANA SMITH WHITWORTH<br>515 RUSK STREET, SUITE 3516<br>HOUSTON TX 77002 | USTPREGION07.HU.ECF@USDOJ.GOV<br>HA.NGUYEN@USDOJ.GOV<br>JANA.WHITWORTH@USDOJ.GOV | Email |
| COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION | PAUL HASTINGS LLP | ATTN: CHARLES PERSONS, SCHLEA THOMAS<br>600 TRAVIS STREET, 58TH FLOOR<br>HOUSTON TX 77002 | CHARLESPERSONS@PAULHASTINGS.COM<br>SCHLEATHOMAS@PAULHASTINGS.COM | Email |
| COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION | PAUL HASTINGS LLP | ATTN: MATTHEW M. MURPHY, MICHAEL JONES<br>71 SOUTH WACKER DRIVE<br>SUITE 4500<br>CHICAGO TX 60606 | MATTMURPHY@PAULHASTINGS.COM<br>MICHAELJONES@PAULHASTINGS.COM | Email |
| COUNSEL TO ING CAPITAL LLC, MUFG BANK, LTD., AND WELLS FARGO BANK, NATIONAL ASSOCIATION | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, MEGAN YOUNG-JOHN, JAMES A. KEEFE<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>JKEEFE@PORTERHEDGES.COM | Email |
| PUERTO RICO ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | OMAR.ANDINO@JUSTICIA.PR.GOV | Email |
| COUNSEL TO THE CONSUMER CLAIMANTS | REED SMITH LLP | ATTN: BRADLEY J. PURCELL<br>2850 N. HARWOOD STREET, SUITE 1500<br>DALLAS TX 75201 | BPURCELL@REEDSMITH.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | ATTN: PETER F. NERONHA<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903 | | First Class Mail |
| COUNSEL TO SELENE FINANCE, LP, PLANET HOME LENDING LLC (SECURED CREDITOR) | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC | ATTN: TRICIA ANN MORRA<br>13010 MORRIS ROAD, SUITE 450<br>ALPHARETTA GA 30004 | TMORRA@RASLG.COM | Email |
| COUNSEL TO SELENE FINANCE, LP, PLANET HOME LENDING LLC (SECURED CREDITOR) | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC | ATTN: TRICIA ANN MORRA<br>5601 EXECUTIVE DRIVE, SUITE 400<br>IRVING  TX 75038 | TMORRA@RASLG.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | ATTN: DAVID WOODCOCK, REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| COUNSEL TO CLAIMANTS LUIS MANJARRES, GUILLERMINA MANJARRES, EMANUEL MINTO, ANA SEGUI, AND RENNIE SOMAR | SHANNON & LEE LLP | ATTN: R. J. SHANNON<br>MIDTOWN CENTRAL SQUARE<br>2100 TRAVIS STREET, SUITE 1525<br>HOUSTON TX 77002 | RSHANNON@SHANNONLEELLP.COM | Email |
| COUNSEL TO WEBBANK | SIDLEY AUSTIN LLP | ATTN: ANNA GUMPORT<br>350 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071 | AGUMPORT@SIDLEY.COM | Email |
| COUNSEL TO CERTAIN AFFILIATES OF A FIN MANAGEMENT LLC | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL<br>1000 LOUISIANA STREET, SUITE 5900<br>HOUSTON TX 77002 | DMCFAUL@SIDLEY.COM | Email |
| COUNSEL TO AFFINITY, THE PREPETITION LENDERS AND THE PREPETITION AGENT | SIDLEY AUSTIN LLP | ATTN: JASON L. HUFENDICK<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603 | JHUFENDICK@SIDLEY.COM | Email |
| COUNSEL TO WEBBANK | SIDLEY AUSTIN LLP | ATTN: MAEGAN QUEJADA<br>1000 LOUISIANA STREET, SUITE 5900<br>HOUSTON TX 77002 | MQUEJADA@SIDLEY.COM | Email |
| COUNSEL TO WEBBANK | SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE, IAN C. FERRELL<br>ONE SOUTH DEARBORN STREET<br>CHICAGO IL 60603 | MCLEMENTE@SIDLEY.COM<br>IFERRELL@SIDLEY.COM | Email |
| COUNSEL TO CERTAIN AFFILIATES OF A FIN MANAGEMENT LLC | SIDLEY AUSTIN LLP | ATTN: STEPHEN E. HESSLER, JASON L. HUFENDICK<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | SHESSLER@SIDLEY.COM<br>JHUFENDICK@SIDLEY.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>501 WASHINGTON AVE.<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | CONSUMERINTEREST@ALABAMAAG.GOV | Email |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1031 W. 4TH AVENUE<br>SUITE 200<br>ANCHORAGE AK 99501-1994 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1300 "I" STREET<br>SACRAMENTO CA 95814-2919 | BANKRUPTCY@COAG.GOV | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | ATTORNEY.GENERAL@COAG.GOV | Email |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CITIZENSERVICES@MYFLORIDALEGAL.COM<br>OAG.CIVIL.ESERVE@MYFLORIDALEGAL.COM | Email |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 QUEEN ST<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET, SUITE 210<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | BANKRUPTCY@AG.IDAHO.GOV | Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JAMES R. THOMPSON CTR.<br>100 W. RANDOLPH ST.<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>302 W. WASHINGTON ST.<br>5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>HOOVER STATE OFFICE BLDG.<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601-3449 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1885 NORTH THIRD STREET<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE HOUSE STATION 6<br>AUGUSTA ME 04333-0000 | KAITLYN.M.HUSAR@MAINE.GOV | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ANDREW LOEWEN, ASSISTANT ATTORNEY GENERAL<br>200 ST. PAUL PLACE<br>16TH FLOOR<br>BALTIMORE MD 21202 | ALOEWEN@OAG.STATE.MD.US | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: CYNDI MARK, CHIEF<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108 | AGO@STATE.MA.US | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUITE 102. STATE CAPITAL<br>75 DR. MARTIN LUTHER KING JR. BLVD.<br>ST. PAUL MN 55155 | AG.REPLIES@AG.STATE.MN.US | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: WENDY S. TIEN, ASSISTANT ATTORNEY GENERAL<br>445 MINNESOTA STREET, SUITE 1400<br>ST. PAUL MN 55101 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>550 HIGH STREET<br>SUITE 1200<br>JACKSON MS 39201 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65101 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JUSTICE BLDG.<br>215 N. SANDERS<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>P.O. BOX 98920<br>LINCOLN NE 68509-8920 | NEDOJ@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>OLD SUPREME CT. BLDG.<br>100 N. CARSON ST.<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1 GRANITE PLACE SOUTH<br>CONCORD NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT RJ HUGHES JUSTICE COMPLEX 25 MARKET STREET TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT P.O. DRAWER 1508 SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT DEPT. OF LAW THE CAPITOL, 2ND FLOOR ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT DEPT. OF JUSTICE P.O. BOX 629 RALEIGH NC 27602-0629 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT STATE CAPITOL 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT STATE OFFICE TOWER 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43266-0410 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | CONTACT@OAG.OK.GOV | Email |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT JUSTICE BLDG. 1162 COURT STREET NE SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT STRAWBERRY SQUARE 16TH FLOOR HARRISBURG PA 17120 | INFO@ATTORNEYGENERAL.GOV MVANECK@ATTORNEYGENERAL.GOV | Email |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 150 SOUTH MAIN STREET PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT REMBERT C. DENNIS OFFICE BLDG. P.O. BOX 11549 COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 1302 EAST HIGHWAY 14 SUITE 1 PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 425 5TH AVENUE NORTH NASHVILLE TN 37243 | GINA.HANTEL@AG.TN.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 300 W. 15TH STREET AUSTIN TX 78701 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT STATE CAPITOL, ROOM 236 SALT LAKE CITY UT 84114-0810 | UAG@UTAH.GOV | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 109 STATE ST. MONTPELIER VT 05609-1001 | AGO.INFO@VERMONT.GOV | Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 202 NORTH NINTH STREET RICHMOND VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 1125 WASHINGTON ST. SE P.O. BOX 40100 OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT STATE CAPITOL 1900 KANAWHA BLVD., E. CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT WISCONSIN DEPARTMENT OF JUSTICE STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857 MADISON WI 53707-7857 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 123 CAPITOL BUILDING 200 W. 24TH STREET CHEYENNE WY 82002 | AG.WEBMASTER@WYO.GOV | Email |
| COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: JAMIE KIRK, ASSITENT ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION 12221 MERIT DRIVE, SUITE 825 DALLAS TX 75251 | JAMIE.KIRK@OAG.TEXAS.GOV | Email |
| COUNSEL TO TENNESSEE ATTORNEY GENERAL - CONSUMER DIVISION | TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: STEPHEN R. BUTLER PO BOX 20207 NASHVILLE TN 37202-0207 | STEVE.BUTLER@AG.TN.GOV | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| COUNSEL TO WARBURG, THE PREPETITION LENDERS AND THE PREPETITION AGENT | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: EMIL A. KLEINHAUS, ANGELA K. HERRING, GREGORY E. PESSIN, MARK F. VEBLEN 51 WEST 52ND STREET NEW YORK NY 10019 | EAKLEINHAUS@WLRK.COM AKHERRING@WLRK.COM GEPESSIN@WLRK.COM MFVEBLEN@WLRK.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 400 6TH ST., NW. WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO LONESTAR SOLAR SERVICES, LLC | WAUSON KING | ATTN: ANABEL KING 52 SUGAR CREEK CENTER BLVD SUITE 325 SUGAR LAND TX 77478 | AKING@W-KLAW.COM | Email |