**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOSAIC SUSTAINABLE FINANCE | ) Case No. 25-90156 (CML) |
| CORPORATION, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF (I) ENTRY OF ORDER**
**CONFIRMING THE FOURTH AMENDED JOINT CHAPTER 11**
**PLAN OF MOSAIC SUSTAINABLE FINANCE CORPORATION AND CERTAIN OF**
**ITS AFFILIATED DEBTORS AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that, on September 5, 2025, the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"),[2] entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Certain of Its Affiliated Debtors* [Docket No. 671] (the "Confirmation Order") confirming the *Fourth Amended Joint Chapter 11 Plan of Mosaic Sustainable Finance Corporation and Certain of Its Affiliated Debtors* (as supplemented or amended, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on September 22, 2025 at 12:01 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, the Plan Supplement, and the Confirmation Order may be obtained free of charge by visiting the website maintained by Kroll Restructuring Administration LLC at https://cases.ra.kroll.com/Mosaic. Parties may also obtain any documents filed in the Chapter 11 Cases for a fee via PACER at https://www.pacer.gov/. Please note that a PACER password and login are required to access documents via PACER.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the provisions thereof are binding on the Debtors, the Reorganized Debtor, any holder of a Claim against, or Interest in, any of the Debtors and such holder's respective successors and assigns, whether or not such Claim or

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Mosaic Sustainable Finance Corporation (6802); Solar Mosaic LLC (3655); Modern Home LLC (4998); Mosaic Funding Holdings LLC (0866); and SMCTX LLC (6303). The service address for each of the above Debtors is 601 12th Street, Suite 325, Oakland, California 94607.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Interest is Impaired under the Plan and whether or not such holder voted to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved the discharge, release, exculpation, injunction, and related provisions in Article XII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 22, 2025
Houston, Texas

*/s/ Charles Persons*

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
Schlea M. Thomas (TX Bar No. 24131710)
609 Main Street, Suite 2500
Houston, Texas 77002
Telephone:    (713) 860-7300
Facsimile:    (713) 353-3100
Email:  charlespersons@paulhastings.com
          schleathomas@paulhastings.com

-and-

Matthew M. Murphy (admitted *pro hac vice*)
Geoffrey M. King (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:    (312) 499-6000
Facsimile:    (312) 499-6100
Email: mattmurphy@paulhastings.com
        geoffking@paulhastings.com
        michaeljones@paulhastings.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on September 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Charles Persons_
Charles Persons