United States Courts
Southern District of Texas
FILED

AUG 25 2026

Nathan Ochsner, Clerk of Court

United States Bankruptcy Court for the Southern District of Texas
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Re: Request to File Late Claim / Request to Be Added to Chapter 11 Bankruptcy Case
Debtor: Solar Mosaic
Case No.: 4-25-BK-90155

To Whom It May Concern:

Please accept this letter as a formal request to be permitted to file a claim and participate in the current Chapter 11 bankruptcy proceedings involving Solar Mosaic, Case No. 4-25-BK-90155.

My name is Christine Jones, and I am writing on behalf of myself and Arlanders Jones regarding our solar installation at our property located at:

1311 Summerchase Road
San Jacinto, California 92582

I understand that the bar date for filing claims expired in 2025. However, I was not provided with any notice or information regarding Solar Mosaic's bankruptcy filing, the claims process, the applicable bar date, or any lawsuit or legal proceedings involving the company. I only recently became aware that Solar Mosaic had filed for bankruptcy and that there are ongoing legal proceedings involving the company.

Had I received timely notice, I would have taken the necessary steps to file a claim before the deadline. I am therefore respectfully requesting that the Court consider allowing us to file a late claim or otherwise provide us with a means to participate in the bankruptcy proceedings.

We have experienced numerous serious problems relating to our solar installation and financing. We believe that we were deceived and that promises made to us regarding the solar system and financing were not fulfilled. Among our concerns are the following:

1. Our roof was damaged during the solar installation.
2. The solar equipment has experienced problems and is currently not functioning properly.
3. We have not received a satisfactory resolution despite attempting to obtain assistance.
4. We continue to receive high electricity bills from Southern California Edison despite having solar panels installed.
5. We believe we may have been charged and/or financed for more solar panels than were actually installed on our home.
6. We were originally led to believe that a substantially greater number of solar panels would be installed than what was ultimately installed.

7. There is approximately $20,000 in financing that we do not understand and believe may be related to being charged for equipment or panels that were not actually installed.
8. We were recently made aware that a lien has been placed on our home. We were not previously aware of this lien and did not understand that our home could be subject to such a lien.
9.

These circumstances have caused us significant financial hardship and distress. We have attempted to obtain assistance and a resolution, but we have been unable to get anyone to adequately address these issues.

I respectfully ask that the Court consider the fact that we did not receive notice of the bankruptcy or claims process and that we only recently became aware of the bankruptcy proceedings. We believe that denying us the opportunity to submit a claim solely because the bar date has passed would unfairly prevent us from seeking relief for damages and financial obligations that we believe resulted from our dealings with Solar Mosaic.

We are prepared to provide any and all documentation necessary to support our request, including our solar contracts, financing documents, payment records, photographs of the installation and roof damage, Southern California Edison bills, correspondence, documentation regarding the lien, and any other information requested by the Court or appropriate bankruptcy representative.

We respectfully request that our situation be reviewed as soon as possible and that we be provided with instructions regarding how we may properly submit our claim and participate in the bankruptcy proceedings.

Please contact us at your earliest convenience regarding this matter.

Christine and Arlanders Jones
1311 Summerchase Road
San Jacinto, California 92582

Phone: (951) 591-0210
Email address: cmramirez85@yahoo.com

Thank you for your time and consideration. We sincerely appreciate any assistance you can provide in helping us understand our rights and the proper procedure for addressing our claim.

Respectfully,

Christine Jones

Arlanders Jones

G

US POSTAGE AND FEES PAID
GROUND ADVANTAGE IMI
Aug 22 2026
Mailed from ZIP 92583
4 OZ GROUND ADVANTAGE RATE
ZONE 6
13623810
Commercial

endicia
063S0011485629

## USPS GROUND ADVANTAGE

CHRISTINE JONES
1311 SUMMERCHASE RD
SAN JACINTO CA 92582

C057 0001

Shipped using PostalMate
Pkg:334208

SHIP TO: HOUSTON DIVISION
US BANKRUPTCY COURT SOUTHERN DIST TEXAS
515 Rusk St
HOUSTON TX 77002

United States Courts
Southern District of Texas
FILED

AUG 25 2026

Nathan Ochsner, Clerk of Court

## USPS SIGNATURE TRACKING #

9402 1508 9956 2000 7568 68

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD A 0126