United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 14, 2026
Nathan Ochsner, Clerk

**ORDER GRANTING CREDITOR PAMELA EDWARDS'S MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:

MOSAIC SUSTAINABLE FINANCE CORPORATION, et al.,

Debtors.

Case No. 25-90156 (CML)

Chapter 11

Judge Christopher M. Lopez

Upon consideration of the Motion for Leave to File Late Proof of Claim filed by Creditor Pamela Edwards (the "Motion"), and the Court finding that good cause exists, including that (a) Claimant did not receive actual notice of the bankruptcy filing or the General Claims Bar Date, (b) the delay was not within Claimant's reasonable control, (c) allowance of the late claim will not materially prejudice the estate, and (d) Claimant acted in good faith upon learning of the bankruptcy, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Claimant Pamela Edwards is granted leave to file a late proof of claim against Debtor Solar Mosaic LLC pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1); and it is further

**ORDERED** that the Proof of Claim attached to the Motion is deemed timely filed nunc pro tunc as of the date of the Motion; and it is further

**ORDERED** that such claim shall be treated as timely filed for all purposes under the confirmed Plan.

Signed: September 14, 2026

Christopher Lopez
United States Bankruptcy Judge