United States Courts
Southern District of Texas
FILED
*10/06/2026*
Nathan Ochsner, Clerk of Court

**Honorable Christopher M. Lopez**
United States Bankruptcy Judge

**Re: Request to Accept Motion to File Late Proof of Claim**

Dear Judge Lopez:

I respectfully write to ask the Court to consider and grant my Motion to File a Late Proof of Claim.

Last year, I sought assistance from a legal consulting group because I understood that I might need to file a Proof of Claim to protect my rights. I relied on the assistance and representations I received and believed that the necessary steps concerning my claim were being properly handled.

I have now discovered that the Court does not appear to have a Proof of Claim filed on my behalf by this legal consulting group. I also have been unable to locate any other filing with the Court showing that the group took action on my behalf.

As I have investigated the matter further, I have become increasingly concerned that I may have been misled or taken advantage of by the legal consulting group I relied upon. I did not intentionally disregard the Court's deadlines, nor was I attempting to delay these proceedings. I believed that I had taken appropriate steps by seeking assistance from people whom I thought would properly advise and assist me.

Once I became aware that a Proof of Claim had apparently not been filed, I began taking steps myself to determine what had occurred and to correct the situation as quickly as possible.

I respectfully ask the Court to consider these circumstances and permit me to file my Proof of Claim late. Denying me the opportunity to file my claim could cause significant prejudice to me based on circumstances that I did not understand had occurred until after the filing deadline.

I understand that it is ultimately my responsibility to protect my rights in this matter. I am not asking the Court for special treatment. I am respectfully asking for an opportunity to have my claim considered based on its merits rather than lose that opportunity because I relied on assistance that I now have reason to believe was not provided as I expected.

I am prepared to provide the Court with emails, correspondence, payment records, or other documentation concerning my dealings with the legal consulting group if the Court requires additional information.

Thank you, Your Honor, for your time and consideration of my request and my Motion to File a Late Proof of Claim.

Respectfully submitted,

**Refugio Antonio Falquez III**
Pro Se Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:
MOSAIC SUSTAINABLE FINANCE CORPORATION, et al.,
Debtors.

Chapter 11
Case No. 25-90156 (CML)
(Jointly Administered)
Related Debtor: Solar Mosaic LLC
Case No. 25-90155

# MOTION OF REFUGIO ANTONIO FALQUEZ III FOR LEAVE TO FILE LATE PROOF OF CLAIM

Refugio Antonio Falquez III (the "Movant"), appearing pro se, respectfully requests leave to file the Proof of Claim attached to this Motion concerning his consumer solar loan with Solar Mosaic LLC. In support, Movant states as follows:

## BACKGROUND

1. On June 6, 2025, Mosaic Sustainable Finance Corporation and affiliated debtors, including Solar Mosaic LLC, commenced chapter 11 cases in this Court. The cases are jointly administered under Case No. 25-90156.
2. Movant is a consumer borrower under a Home Solar Loan Agreement identifying Solar Mosaic LLC as the lender. Movant's loan records identify loan/conversion number 290722.
3. On or about June 20, 2025, Movant received an email concerning the Mosaic bankruptcy. The email advised him of the bankruptcy and stated that he did not need to take action upon receipt of that notice. It also instructed borrowers to continue making scheduled loan payments.
4. The Court later established October 16, 2025 at 4:00 p.m. prevailing Central Time as the General Bar Date for filing proofs of claim.
5. Movant does not recall receiving a subsequent Proof of Claim form or a notice advising him that he was required to file a Proof of Claim by the General Bar Date.
6. Around 2025, Movant consulted with a legal consultation group regarding his solar loan. He was advised that he might need to file a Proof of Claim in the Mosaic bankruptcy. The group quoted him a fee for representation. Movant was not provided with a specific deadline for filing the Proof of Claim.
7. Movant has continued to gather his loan agreement, servicing and payment history, correspondence, and consumer-protection review materials in order to document the claim.
8. Movant now seeks permission to file the attached Proof of Claim and supporting materials so that the claim may be considered on its merits, subject to all rights of the Plan Administrator and other parties to object to the substance, amount, priority, or requested relief.

## REQUEST FOR RELIEF

9. Movant respectfully requests that the Court permit the late filing of his Proof of Claim. Movant understands that allowance of a late claim is discretionary and that filing the claim does not itself establish entitlement to the monetary or nonmonetary relief described in the claim.
10. Movant submits that the circumstances described above—including the wording of the June 20, 2025 notice, his lack of recollection of receiving a later notice stating the filing deadline, and the circumstances under which he was advised that he might need a Proof of Claim—should be considered by the Court in determining whether relief from the filing deadline is appropriate.

11. Movant brings this request in good faith and asks only for an opportunity to have the attached claim considered in accordance with the Bankruptcy Code, Bankruptcy Rules, confirmed Plan, and applicable orders of this Court.

**WHEREFORE,** Refugio Antonio Falquez III respectfully requests that the Court enter an order granting leave to file the attached Proof of Claim after the General Bar Date and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Refugio Antonio Falquez III, Pro Se
8747 S Sharps Road
Globe, AZ 85501
Telephone: 602-999-4633
Email: falquez76@yahoo.com

## DECLARATION OF REFUGIO ANTONIO FALQUEZ III

I, Refugio Antonio Falquez III, declare as follows:

1. I am the Movant and creditor seeking permission to file the attached late Proof of Claim. I make this declaration from my personal knowledge.
2. On or about June 20, 2025, I received an email concerning the Mosaic bankruptcy. The email told me that I did not need to take action upon receipt of that notice and instructed me to continue making my scheduled loan payments.
3. I do not recall receiving a later Proof of Claim form or a notice telling me that I had to file a Proof of Claim by October 16, 2025.
4. Around 2025, I consulted with a legal consultation group concerning my solar loan. I was told that I might need a Proof of Claim in the Mosaic bankruptcy. The group quoted me a fee for representation. I was not given a specific deadline for filing a Proof of Claim.
5. I have gathered my loan documents, payment history, correspondence, and other supporting materials and am submitting them in support of my claim.
6. I respectfully request that the Court permit my Proof of Claim to be filed late and considered in accordance with applicable law and the Court's orders.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: 10/06, 2026

Refugio Antonio Falquez III

**PROPOSED EXHIBITS**

Exhibit A — Proposed Proof of Claim (Modified Official Form 410)

Exhibit B — Supporting Attachment to Proof of Claim

Exhibit C — June 20, 2025 bankruptcy email/notice

Exhibit D — Home Solar Loan Agreement and Truth in Lending disclosures

Exhibit E — Loan payment/transaction history and May 2025 statement

Exhibit F — Solar Release Co. diagnostic report dated September 10, 2026