Luis F. Hernandez | Creditor, Pro Se

2070 Excalibur Dr. | Orlando, FL 32822

(407) 715-9047 | lfh.2713@gmail.com

United States Courts
Southern District of Texas
FILED
*11/1/2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | |
|---|---|
| In re: MOSAIC SUSTAINABLE FINANCE CORPORATION, et al., Debtors | Case No. 25-90156 (CML)<br>Chapter 11 (Jointly Administered) |
| Regarding Proof of Claim of Luis F. Hernandez | Claim No. 1172<br>Schedule 1, Item No. 105 |

**RESPONSE TO PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (LATE FILED) AS TO CLAIM NO. 1172**

Luis F. Hernandez (the "Claimant"), appearing without counsel, respectfully responds to the Plan Administrator's First Omnibus Objection to Certain Claims (Late Filed) insofar as it seeks to disallow Claim No. 1172 as untimely. Claimant requests review of the documentary record concerning the claim's mailing, delivery, acknowledgment, and recorded filing date.

**I. FACTUAL BACKGROUND**

1. On or about September 19, 2025, Claimant received notice concerning the October 16, 2025 deadline to file a proof of claim in the Mosaic bankruptcy proceedings. A copy of the notice is identified as Exhibit A.

2. With assistance from attorney Luis Basagoitia, Claimant prepared Official Form 410. According to Claimant's records, the claim was prepared on September 24, 2025, and mailed by USPS Certified Mail on September 26, 2025. Claimant identifies USPS Tracking No. 7020 3330 0001 1339 3259. Copies of the form, mailing receipt, and tracking records are identified as Exhibit B.

3. Claimant's USPS records reportedly show delivery on September 29, 2025, at 3:23 p.m., in New York, NY 10163, with the status "Delivered, Individual Picked Up at Postal Facility." Claimant requests consideration of these records together with the address and permitted delivery methods specified in the applicable bar-date order.

4. Claimant also possesses a postcard from Kroll Restructuring Administration stating, "KROLL RESTRUCTURING ADMINISTRATION RECEIVED YOUR PROOF OF CLAIM." The postcard identifies Claim No. 1172 and displays "Date Filed: 10/29/2025." Its postage meter bears the date October 15, 2025, and a separate postal processing mark appears to bear October 16, 2025. A copy is identified as Exhibit C.

5. The postcard's postage and processing marks predate the October 29 filing date printed on the same postcard. Claimant does not contend that the postage marks alone prove the date Kroll received the underlying claim; rather, Claimant requests clarification of the apparent date inconsistency and of the records used to assign the October 29 filing date.

## II. BASIS FOR RESPONSE

6. The Plan Administrator's objection treats Claim No. 1172 as late filed. Claimant disputes that conclusion and requests that the Court consider the certified-mail evidence and Kroll acknowledgment before ruling on the objection.

7. Claimant recognizes that proof of mailing or postal delivery does not necessarily establish a timely filing under the governing bar-date order. The controlling inquiry includes whether the claim reached an authorized recipient through an authorized method by the deadline. Claimant requests that the Plan Administrator identify the claim's actual receipt date, intake records, and any explanation for the October 29 entry.

8. Under 11 U.S.C. § 502 and applicable Federal Rules of Bankruptcy Procedure, the Court determines disputed claims and objections. Claimant asks that the objection be resolved based on the governing order and the complete documentary record, rather than solely on the date displayed in the claims register.

## III. RELIEF REQUESTED

WHEREFORE, Claimant respectfully requests that the Court:

(a) Overrule the late-filed objection as to Claim No. 1172 if the Court determines the claim was timely filed under the applicable bar-date order;

(b) Alternatively, allow Claimant an opportunity to supplement the record with mailing, delivery, and claims-agent intake evidence, and request clarification of the October 29, 2025 recorded filing date; and

(c) Grant such other relief as the Court deems appropriate.

## IV. EXHIBITS

Exhibit A — Notice of claims filing deadline (attach actual notice).

Exhibit B — Official Form 410; certified-mail receipt; full USPS tracking and delivery records (attach actual records).

Exhibit C — Kroll acknowledgment postcard for Claim No. 1172 (attach image/copy).

Exhibit D — Claims register entry for Claim No. 1172, if available (optional).

Dated: 10/31/2026

Respectfully submitted,

[signature]

Luis F. Hernandez, Creditor, Pro Se

## CERTIFICATE OF SERVICE

I certify that on 10/31/2026, I served a copy of this Response and its exhibits on the following parties by the methods indicated below, in accordance with applicable court orders and rules:

Recipient(s): US Bankruptcy Court Southern District of Texas and Mosaic

Method(s) and address(es): Digital

Luis F. Hernandez